IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONTERIO WESCO,<br>　　　　Plaintiff, | § § § § | |
| v. | § § | No. 3:24-CV-2276-D |
| CAPITAL ONE AUTO FINANCE,<br>　　　　Defendant. | § § | |

## ORDER

On December 9, 2024 the United States Magistrate Judge made findings, conclusions, and a recommendation in this case, recommending that plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim unless plaintiff filed an amended complaint no later than January 16, 2025. Following *de novo* review, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. And because plaintiff filed an amended complaint on January 16, 2025, the court refers this matter to the United States Magistrate Judge for further screening.

**SO ORDERED**.

January 23, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　SENIOR JUDGE