IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONTERIO WESCO, § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:24-CV-2276-D |
| § | |
| CAPITAL ONE AUTO FINANCE, § | |
| Defendant. § | |

### ORDER

On February 7, 2024 the United States Magistrate Judge made findings, conclusions, and a recommendation in this case, recommending that plaintiff's amended complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. Following *de novo* review, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's amended complaint (Dkt. No. 7) will be dismissed with prejudice by separate judgment.

**SO ORDERED**.

March 17, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE